IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CORNELIUS MOORE, ) | |
| ) | 4:02cv3358 |
| Plaintiff, ) | |
| vs. ) | MEMORANDUM AND ORDER |
| ) | |
| BRUCE WAGNER, et al., ) | |
| ) | |
| Defendants. ) | |

    This matter is before the court on filing no. 68, the Judgment by the Eighth Circuit Court of Appeals dismissing the appeal of the above-entitled case. In filing no. 58, I denied the Motion by the plaintiff, Cornelius Moore, for leave to proceed in forma pauperis ("IFP") on appeal. The Eighth Circuit's Judgment indicates that the appellate court subsequently denied the plaintiff IFP status on appeal but, because the plaintiff is a prisoner subject to the Prison Litigation Reform Act, the Eighth Circuit assessed the appellate filing fees. The Eighth Circuit's Judgment states in pertinent part: "The full $255.00 appellate filing and docketing fees are assessed against the appellant. The court remands the assessment and collection of those fees to the district court."

    When, as in this case, the record contains no current trust account information for the plaintiff, the Eighth Circuit has instructed this court to assess an initial partial filing fee in a reasonable amount based on information available to the court. See Henderson v. Norris, 129 F.3d 481, 484 (8th Cir. 1997): "[F]ailure to file the prison account information will result in the assessment of an initial appellate partial fee of $35 or such other amount that is reasonable, based on whatever information the court has about the prisoner's finances." This court is aware that the plaintiff contributes to the financial support of his

1

spouse and that he has responsibility for filing fees owed from other litigation. Therefore, the court will require an initial partial appellate filing fee of $1.00, with the remainder of the fees to be collected in the manner specified by 28 U.S.C. § 1915(b)(2).

THEREFORE, IT IS ORDERED:

1. That the Eighth Circuit Court of Appeals has adjudged the plaintiff liable for the full $255.00 appellate filing and docketing fees;

2. That, because the plaintiff is a prisoner, the fees may not be waived but may be paid in installments pursuant to 28 U.S.C. § 1915(b);

3. That the plaintiff's custodian shall collect from the plaintiff's inmate trust account an initial partial filing fee of $1.00, and shall remit that amount to the Clerk of Court by thirty (30) days from the date of this Memorandum and Order, subject to availability of funds;

4. That, thereafter, all present and future custodians of the plaintiff shall collect and remit the balance of the $255.00 appellate filing fees in the manner required by 28 U.S.C. § 1915(b)(2); and

5. That the Clerk of the Court shall send a copy of this Memorandum and Order to the appropriate financial officer for the plaintiff's institution.

DATED this 18th day of April, 2005.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge