IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORNELIUS MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02cv3358 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BRUCE WAGNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 72, a post-judgment motion filed by the plaintiff, Cornelius Moore. Judgment has been entered in this case; the Eighth Circuit Court of Appeals dismissed the plaintiff's appeal, and the case is closed. Accordingly, no further action will be taken by this court. Filing no. 72 is denied.

SO ORDERED.

DATED this 31st day of May, 2005.

BY THE COURT:


s/ WARREN K. URBOM
United States Senior District Judge